**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000018**
**17-JUL-2024**
**08:16 AM**
**Dkt. 288 OGMD**

NO. CAAP-21-0000018

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JASON HESTER, an individual, Plaintiff-Counterclaim Defendant-Appellee, v. LEONARD G. HOROWITZ, an Individual, Defendant-Counterclaimant-Appellant, and SHERRI KANE, an individual, Defendant-Counterclaimant-Appellee, and MEDICAL VERITAS INTERNATIONAL, INC., a California nonprofit corporation; THE ROYAL BLOODLINE OF DAVID, a Washington Corporation Sole, Defendants-Appellees, and HERBERT M. RITKE; RON RITKE; THE OFFICE OF OVERSEER, A CORPORATE SOLE AND HIS SUCCESSORS, OVER/FOR THE POPULAR ASSEMBLY OF REVITALIZE, AS GOSPEL OF BELIEVERS; THE ECLECTIC CENTER OF UNIVERSAL FLOWING LIGHT-PAULO ROBERTO SILVA E SOUZA, a.k.a. AYAHUASCA CHURCH and SKY OF HAWAIʻI or CEUʼ DO HAWAIʻI; PHILLIP CAREY; FRIENDS OF THE AMAZON FOREST; HEALTH FOR WEALTH; THE HEALTH CONNECTION, INC., Counterclaim Defendants-Appellees, and JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10 and DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC141000304)

ORDER DISMISSING APPEAL
(By: Leonard, Acting C.J., and Wadsworth and Nakasone, JJ.)

Upon consideration of the position statement regarding status of appeal filed on June 15, 2024, by Defendant-Counterclaimant-Appellant Leonard G. Horowitz (**Horowitz**) and Defendant-Appellee Royal Bloodline of David (**RBD**), which we

construe as a motion to dismiss the appeal pursuant to Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), and the record,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed under Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED:  Honolulu, Hawaiʻi, July 17, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge